IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE FLORES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPRESS SERVICES, INC., et al. | : | NO. 14-3298 |

ORDER

AND NOW, this 29th day of March, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff Jose Flores for attorneys' fees and reimbursement of expenses (Doc. # 43) GRANTED; and

(2) plaintiff Jose Flores is awarded attorneys' fees in the amount of $1,895,362.33 and expenses in the amount of $19,387.67 for a total award of $1,914,750.

BY THE COURT:

/s/ Harvey Bartle III
                                          J.